UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| VERSUS | * |
| JOYCE GREENE PERRY | * |

BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
Theft of Government Funds
18 U.S.C. § 641

Beginning on or about March 1, 2016, and continuing until on or about March 31, 2020, in the Western District of Louisiana, the defendant, JOYCE GREENE PERRY, did knowingly and willfully embezzle, steal, purloin and convert to her own use a sum of money in excess of $1,000 in the form of Social Security Administration benefits, such funds being the property of the United States, all in violation of Title 18 United States Code, Section 641 [18 U.S.C. §641].

Respectfully submitted,

ALEXANDER C. VAN HOOK
Acting United States Attorney

*/s/ Mary J. Mudrick*
MARY J. MUDRICK, Bar #01992
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana
318.676.3600